**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| ALEX GIBSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>B. MATTHEW MCCLAFFERTY, MAC )<br>PRIVATE EQUITY, INC. AND MPE CLEARING )<br>& HOLDINGS, INC., )<br>)<br>Defendants. )<br>) | Case No. 3:24-cv-0020 |

**APPEARANCES:**

**MICHAEL L. SHEESLEY, ESQ.**
MICHAEL L. SHEESLEY LLC
SAN JUAN, PUERTO RICO
    *FOR PLAINTIFF ALEX GIBSON*

**CHRISTOPHER ALLEN KROBLIN, ESQ.**
**MARJORIE B. WHALEN, ESQ.**
KELLERHALS FERGUSON KROBLIN PLLC
ST. THOMAS, U.S. VIRGIN ISLANDS
    *FOR DEFENDANTS B. MATTHEW MCCLAFFERTY, MAC PRIVATE EQUITY, INC., AND MPE CLEARING & HOLDINGS, INC.*

## ORDER

**BEFORE THE COURT** is Defendants B. Matthew McClafferty, Mac Private Equity, Inc., and MPE Clearing & Holdings, Inc.'s (collectively, "Defendants") Suggestion of Bankruptcy (Chapter 7), filed on March 5, 2025. (ECF No. 66.) Plaintiff Alex Gibson's ("Gibson") Response to Suggestion of Bankruptcy and Notice that the McClafferty Examination is Going Forward on March 28, 2025, was filed on March 7, 2025, in response. (ECF No. 67.) Defendants B. Matthew McClafferty and MPE Clearing & Holdings, Inc. filed a reply on April 1, 2025. (ECF

No. 70.) For the reasons stated in the accompanying Memorandum Opinion of even date, it is hereby

**ORDERED** that the automatic bankruptcy stay imposed pursuant to 11 U.S.C. § 362(a) imposed against Mac Private Equity, Inc. does not apply to co-defendants B. Matthew McClafferty nor to MPE Holdings, Inc. Plaintiff Alex Gibson may proceed on the merits against the remaining solvent co-defendants in this matter; it is further

**ORDERED** that Defendant B. Matthew McClafferty shall appear before the District Court of the Virgin Islands, St. Thomas, to be examined under oath concerning any assets, property and credit McClafferty may have and to answer questions under oath concerning his ability to satisfy the judgment rendered against him in this case; it is further

**ORDERED** that Defendant Brett Matthew McClafferty and MPE Clearing & Holdings, Inc. are forbidden in the meantime from transferring or otherwise disposing of any non-exempt property or assets; and it is further

**ORDERED** that the judgment debtor examination hearing previously scheduled for March 28, 2025, shall commence promptly at **10:00 A.M. on October 1, 2025,** before Chief Judge Robert A. Molloy in St. Thomas Courtroom 1.

**Dated:** September 15, 2025          */s/ Robert A. Molloy*
                                       **ROBERT A. MOLLOY**
                                       **Chief Judge**